**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

MICHAEL MITCHELL                                                              PLAINTIFF
ADC # 152128

v.                                         3:26CV00136-JM-JTK

MOET WILLIAMS, et al.                                                    DEFENDANTS

**ORDER**

Michael Mitchell ("Plaintiff") filed a Complaint and, at the Court's invitation, an Amended Complaint.  (Doc. Nos. 2, 7).  As the Court of Appeals for the Eighth Circuit has indicated, pleadings should be read together and construed so as to do justice.   Kiir v. N. Dakota Pub. Health, 651 F. App'x 567, 568 (8th Cir. 2016).   Accordingly, the Court reads Plaintiff's Complaint and Amended Complaint together as one.

Having reviewed Plaintiff's pleadings (Doc. Nos. 2, 7) for screening purposes,[1] the Court concludes service of Plaintiff's claims against Defendants John Weldon, Dale Cook, and Moet Williams is appropriate.

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare Summonses for Defendants John Weldon, Dale Cook, and Moet Williams.   The United States Marshal shall serve a copy of Plaintiff's Complaint and Amended Complaint (Doc. Nos. 2, 7), Summons, and this Order on each of these Defendants without prepayment of fees and costs or security therefore. Service should be attempted through the Mississippi County Sheriff's Office, 685 North County Road 599, Luxora, AR 72358.

---

[1] The Prison Litigation Reform Act ("PLRA") requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee.   28 U.S.C. § 1915A(a).

Dated this 17th day of June, 2026.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

2