**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

MICHAEL MITCHELL                                                                    PLAINTIFF
ADC # 152128

v.                                          3:26CV00136-JM-JTK

MOET WILLIAMS, et al.                                                           DEFENDANTS

**ORDER**

Michael Mitchell ("Plaintiff") filed a Motion for Copies asking the Court to send him a copy of the documents the Court mailed him in the last week of June.  (Doc. No. 9).  Plaintiff's Motion (Doc. No. 9) is DENIED.

The Court did not send Plaintiff mail in the last week of June.  As such, it is not clear which document(s) Plaintiff seeks.  The Clerk of the Court is directed to send Plaintiff a copy of the docket sheet along with a copy of this Order.  Plaintiff may identify from the docket sheet the document(s) he needs and file a renewed Motion for Copies.

IT IS SO ORDERED this 14th day of July, 2026.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE