(Post: 9/22/23)

3

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF<br>Michael Mitchell ADC #152128 | COURT CASE NUMBER<br>3:26-cv-00136-JM-JTK |
|---|---|
| DEFENDANT<br>Williams et al | TYPE OF PROCESS<br>Comp/Amend Comp/Summ/Order |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | Moet Williams, Jailer, Corr. Officer c/o Mississippi County Sheriff's Office |
| | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)* |
| | 685 North County Road 599          Luxora, AR 72358 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Michael Mitchell ADC #152128<br>RUTHERFORD COUNTY ADULT DETENTION CENTER<br>940 New Salem Highway<br>Murfreesboro, TN 37129 | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

RECEIVED

JUL 18 2026

USMS EAR

| Signature of Attorney other Originator requesting service on behalf of:<br>L. Gutierrez | ☐ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(501) 604-5351 | DATE<br>06/17/2026 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>3/3 | District of Origin<br>No. 09 | District to Serve<br>No. 09 | Signature of Authorized USMS Deputy or Clerk<br>*UNannen* | Date<br>6-29-26 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date<br>7-9-26 | Time | ☐ am<br>☐ pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy<br>*UNannen* | | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS   Mailed 6-29-26   Delivered / Accepted 7-9-26.

**Certified Article Number**

9414 7266 9904 2248 7907 48

**SENDER'S RECORD**

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 2 2 2026

TAMMY H. DOWNS, CLERK
By:_____
DEP CLERK

Form USM-285
Rev. 03/21



Return Receipt (Form 3811) Barcode

9590 9266 9904 2248 7907 41

1. Article Addressed to:

Moet Williams, Jailer, Corr. Officer
c/o Mississippi County Sheriff's Office
685 North County Road 599
Luxora, AR  72358

2. Certified Mail (Form 3800) Article Number

9414 7266 9904 2248 7907 48

PS Form 3811, Facsimile, July 2015

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                      ☐ Agent
                                       ☐ Addressee
B. Received by (Printed Name)      C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below          ☐ No

**RECEIVED**

JUL 1 5 2026

**USMS L AR**

3. Service Type:
☒ Certified Mail          **Restricted Delivery**
              Reference Information
              Case # : 3:26-CV-136

Domestic Return Receipt