**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

MICHAEL MITCHELL
ADC # 152128 PLAINTIFF

v. 3:26CV00136-JM-JTK

MOET WILLIAMS, et al. DEFENDANTS

**ORDER**

Michael Mitchell ("Plaintiff") has identified the Doe Defendant as Mississippi County, Arkansas, Sheriff Dale Cook. (Doc. No. 7). The Clerk of the Court is to substitute Dale Cook for the Doe Defendant in this action.

IT IS SO ORDERED this 28th day of July, 2026.

JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE