**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**MICHAEL MITCHELL** **PLAINTIFF**
**ADC # 152128**

**v.** **CASE NO. 3:26-cv-00136-JM-JTK**

**MOET WILLIAMS, et al.** **DEFENDANTS**

# ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that Defendant Cook's Motion to Dismiss (Doc. No. 16) is DENIED.

Dated this 16th day of September, 2026.

UNITED STATES DISTRICT JUDGE