**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

MICHAEL MITCHELL PLAINTIFF
ADC # 152128

v. 3:26CV00136-JM-JTK

MOET WILLIAMS, et al. DEFENDANTS

**ORDER**

Michael Mitchell's ("Plaintiff") Motion for Copies (Doc. No. 31) is GRANTED. Accordingly, the Clerk of the Court is directed to send Plaintiff a copy of docket entry nos. 28 and 29, and a copy of the docket sheet, along with a copy of this Order.

IT IS SO ORDERED this 4th day of November, 2026.

JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE